| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ramona Featherby dba California Judicial Recovery Specialists<br>3344 McGraw Street, San Diego, California 92117<br>TELEPHONE NO.: 800-354-9496    FAX NO.: 866-531-7174<br>ATTORNEY FOR (Name): Assignee of Record/pro se | FILED<br>CLERK, U.S. DISTRICT COURT<br>FEB 18 2010<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
| NAME OF COURT: UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF: USA Flea Market, LLC | |
| DEFENDANT: EVMC Real Estate Consultants, Inc. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[✓] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[ ] Judgment Debtor   [✓] Third Person | CASE NUMBER:<br>CV 10-917 ABC (MANx) |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): Larry Esacove
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [✓] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: 4/20/10 | Time: 10:00 am | Dept. or Div.: | Rm.: 580, 5th Floor |
|---|---|---|---|
| Address of court [ ] shown above [✓] is: 255 E. Temple St., Los Angeles, CA 90012 | | | |

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 2/18/10

_Margaret A. Nagle_
JUDGE OR MAGISTRATE JUDGE

> This order must be served not less than 10 days before the date set for the examination.
> **IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [ ] Judgment creditor  [✓] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Larry Esacove  to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [ ] the judgment debtor.
   b. [✓] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2-12-2010

Ramona Featherby                                    ▶ _Ramona Feat____
(TYPE OR PRINT NAME)                                   (SIGNATURE OF DECLARANT)

CV-4P (12/03)
(AT-138, EJ-125 [Rev. July 1, 2000])

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120
Page one

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON
(ENFORCEMENT OF JUDGMENT)**

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

```
DEBTS OWED TO THE JUDGMENT DEBTOR FOR UNPAID LOANS
SINCE THE YEAR 2005 TO THE PRESENT TIME, IN AN
AMOUNT OF AT LEAST $1,000,000.
```

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP,
ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

Ramona Featherby d.b.a.
California Judicial Recovery Specialists
3344 McGraw Street
San Diego, CA 92117-6053
800-354-9496 • FAX 866-531-7174
californiajrs@mac.com

ASSIGNEE OF RECORD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA FLEA MARKET, LLC a Florida limited liability company<br><br>Plaintiff,<br>vs.<br><br>EVMC REAL ESTATE CONSULTANTS, INC.<br><br>Defendant. | Case No. CV-10-917 ABC (MANx)<br><br>**AFFIDAVIT OF RAMONA FEATHERBY IS SUPPORT OF EXAMINATION OF THIRD PARTY** |

I, the undersigned, declare:

1. I am the Assignee of Record. I have personal knowledge of the facts set forth in this declaration, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

1

2. According to a Statement of Information filed with the California Secretary of State on August 18, 2006, Larry Esacove was the Chief Executive Officer of the Judgment Debtor EVMC Real Estate Consultants, Inc. ['Judgment Debtor'].

3. Larry Esacove testified under oath in a judicial proceeding in 2009 that he received hundreds of thousands of dollars in loans from the Judgment Debtor. In 2008 it appears Mr. Esacove received well in excess of $600,000 in loans. He continues to accrue debts with EVMC and further testified that he has not made any payments whatsoever.

4. The undersigned wishes to examine Larry Esacove about the funds he owes to the Judgment Debtor, in addition to his knowledge of the assets and business of EVMC, based upon his position as CEO in 2006.

5. The Judgment remains unsatisfied with an outstanding balance of $332,281.78.

6. F.R. 69(a)(2) allows a judgment creditor to obtain discovery from any person as provided by the procedure of the state where the court is located. California Code of Civil Procedure §708.130 provides that witnesses may be required to appear in an examination proceeding. Under CCP §708.120(a) if a third party owes a judgment debtor an amount exceeding $250.00, the Court may order the third party to appear before the Court, or before a referee appointed by the Court, at a time and place specified in the order, to answer concerning such property or debt.

7. Larry Esacove is a third party indebted to the judgment debtor in an amount exceeding two hundred fifty dollars ($250) and can be subpoenaed to testify before this court in an examination proceeding under CCP § 708.120 and § 708.130.

//
//
//
//

AFFIDAVIT OF RAMONA FEATHERBY IN SUPPORT OF
EXAMINATION OF THIRD PARTY

I declare under penalty of perjury under the United States of America that the foregoing is true and correct and that this Affidavit was executed on February 12, 2010 at San Diego, California.

*[signature]*

Ramona Featherby
d.b.a. California Judicial Recovery Specialists
ASSIGNEE OF RECORD