| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ramona Featherby dba California Judicial Recovery Specialists<br>3344 McGraw Street, San Diego, California 92117<br>TELEPHONE NO.: 800-354-9496   FAX NO.: 866-531-7174<br>ATTORNEY FOR (Name): Assignee of Record/pro se | FILED<br>CLERK, U.S. DISTRICT COURT<br>MAY 25 2010<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
| NAME OF COURT: UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF: USA Flea Market, LLC<br>DEFENDANT: EVMC Real Estate Consultants, Inc. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[✓] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[ ] Judgment Debtor   [✓] Third Person | CASE NUMBER:<br>CV 10-917 ABC (MANx) |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): AIDA ESACOVE
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [✓] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: 7/21/10   Time: 10:00 am   Courtroom Number: 580, 5th Floor
Address of court [ ] shown above [✓] is: 255 E. Temple St., Los Angeles, CA 90012

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 5/25/10

_Margaret A. Nagle_
JUDGE OR MAGISTRATE JUDGE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [ ] Judgment creditor   [✓] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): AIDA ESACOVE   to appear and furnish information
   to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [ ] the judgment debtor.
   b. [✓] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 5-17-10

Ramona Featherby                                         ▶ _Ramona Featherby_
(TYPE OR PRINT NAME)                                       (SIGNATURE OF DECLARANT)

CV-4P (12/03)
(AT-138, EJ-125 [Rev. July 1, 2000])

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120
Page one

Ramona Featherby d.b.a.
California Judicial Recovery Specialists
3344 McGraw Street
San Diego, CA 92117-6053
800-354-9496 • FAX 866-531-7174
californiajrs@mac.com

JUDGMENT CREDITOR/ASSIGNEE OF RECORD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA FLEA MARKET, LLC<br>a Florida limited liability company<br><br>Plaintiff,<br>vs.<br><br>EVMC REAL ESTATE<br>CONSULTANTS, INC.<br><br>Defendant. | Case No. CV-10-917 ABC (MANx)<br><br>**AFFIDAVIT OF RAMONA FEATHERBY IS SUPPORT OF EXAMINATION OF THIRD PARTY** |

I, the undersigned, declare:

1. I am the Assignee of Record. I have personal knowledge of the facts set forth in this declaration, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

2. The Judgment remains unsatisfied with an outstanding balance of $332,281.78.

1

3. I am informed and believe that Aida Esacove was a Director and the Chief Financial Officer of EVMC Real Estate Consultants, Inc. ["Judgment Debtor"] on or about November 27, 2007 [Exhibit 1].

4. I am further informed and believe that starting in the year 2006 Aida Esacove incurred a debt, due and owing to the Judgment Debtor in the amount of $922,000.00 and that this amount has not been paid back. I know this because I am a judgment creditor and Aida Esacove is a judgment debtor in U.S. District Case No. 96-3886, Ulrich Rischer v. Banlavoura, I. Inc. ["Rischer Case"]. On October 6, 2009 in her responses to post-judgment interrogatories in the Rischer Case, Mrs. Esacove verified that $922,000.00 was owed and had not been paid back to the Judgment Debtor in this case.

5. F.R. 69(a)(2) allows a judgment creditor to obtain discovery from any person as provided by the procedure of the state where the court is located. CCP §708.130 provides that witnesses may be required to appear in an examination proceeding.

6. The undersigned wishes to examine Mrs. Esacove in reference to the money she owes to the Judgment Debtor.

7. I believe that Aida Esacove is holding funds belonging to the Judgment Debtor in excess of $250.00 and can thus be examined as a third party as provided by CCP §708.120(a).

I declare under penalty of perjury under the United States of America that the foregoing is true and correct and that this Affidavit was executed on May 17, 2010 at San Diego, California.

_____
Ramona Featherby
d.b.a. California Judicial Recovery Specialists
JUDGMENT CREDITOR/ASSIGNEE OF RECORD

2

AFFIDAVIT OF RAMONA FEATHERBY IN SUPPORT OF
EXAMINATION OF THIRD PARTY

# EXHIBIT 1



## State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Domestic Stock Corporation)

**E-489673**

**FILED**
In the office of the Secretary of State
of the State of California

**Nov - 27 2007**

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

CORPORATE NAME (Please do not alter if name is preprinted)
C2744304
EVMC REAL ESTATE CONSULTANTS, INC

WARNER CENTER BUSINESS PARK  5850 CANOGA AVE., 4TH. FLOOR,
WOODLAND HILLS, CA 91367

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 1502.1)
A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY AND STATE — ZIP CODE
WARNER CENTER BUSINESS PARK  5850 CANOGA AVE., 4TH. FLOOR. WOODLAND HILLS, CA  91367

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

4. CHIEF EXECUTIVE OFFICER / ADDRESS — CITY AND STATE — ZIP CODE
LAWRENCE  ESACOVE   17761 ERWIN STREET   ENCINO, CA 91316

5. SECRETARY / ADDRESS — CITY AND STATE — ZIP CODE
ESTHER  F VARGAS  5204 PENDLETON AVE UNIT 6,  SOUTH GATE, CA 90280

6. CHIEF FINANCIAL OFFICER / ADDRESS — CITY AND STATE — ZIP CODE
AIDA S ESACOVE  17761 ERWIN STREET   ENCINO, CA 91316

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

7. NAME — ADDRESS — CITY AND STATE — ZIP CODE
AIDA  ESACOVE   17761 ERWIN ST   ENCINO, CA 91316

8. NAME — ADDRESS — CITY AND STATE — ZIP CODE
ANTHONY B CHOPRA   4138 ROSEMEAD BLVD   PICO RIVERA, CA 90660

9. NAME — ADDRESS — CITY AND STATE — ZIP CODE
ESTHER F VARGAS   5204 PENDLETON AVE., UNIT 6,  SOUTH GATE, CA 90280

10. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 12 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 12 must be left blank.)

11. NAME OF AGENT FOR SERVICE OF PROCESS
MIGUEL A VARGAS

12. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — CITY — STATE — ZIP CODE
5204 PENDLETON AVE., UNIT 6,  SOUTH GATE, CA 90280

**TYPE OF BUSINESS**

13. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
CONSULTINTG

14. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

ANTHONY B. CHOPRA — DIRECTOR — 11/27/2007
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM — SIGNATURE — TITLE — DATE

SI-200 C (REV 03/2005)

APPROVED BY SECRETARY OF STATE