UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-917-ABC (MANx) | Date | June 8, 2010 |
|---|---|---|---|
| Title | USA Flea Market, LLC v. EVMC Real Estate Consultants, Inc. | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE | |
|---|---|---|
| E. Carson | CS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Ramona Featherby | None Present |

**Proceedings:** Judgment Debtor Examination

The case is called. Ramona Featherby, of California Judicial Recovery Specialists, appears on behalf of the judgment creditor. Third-party witness Guy Nicholson, custodian of records for Tisdale & Nicholson, LLP appears pro se. Mr. Nicholson is sworn, and the parties are instructed to proceed with the examination.

cc:   All parties of record

|  | : | 08 |
|---|---|---|
| | Initials of Preparer | efc |