| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Ramona Featherby dba California Judicial Recovery Specialists<br>3344 McGraw Street, San Diego, California 92117<br>TELEPHONE NO.: 800-354-9496    FAX NO.: 866-531-7174<br>ATTORNEY FOR *(Name)*: Assignee of Record/pro se | FILED<br>CLERK, U.S. DISTRICT COURT<br>JUL -8 2010<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ____ DEPUTY |
| NAME OF COURT: UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF: USA Flea Market, LLC | |
| DEFENDANT: EVMC Real Estate Consultants, Inc. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[✓] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)<br>[ ] Judgment Debtor    [✓] Third Person | CASE NUMBER:<br>CV 10-917 ABC (MANx) |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name)*: PETER VOUTSAS
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [✓] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: 8/24/10    Time: 10:00 am    Courtroom Number:    Rm.: 580, 5th Floor
Address of court [ ] shown above [✓] is: 255 E. Temple St., Los Angeles, CA 90012

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name)*:

Date: 7/8/10                                    Margaret A. Nagle
                                                JUDGE OR MAGISTRATE JUDGE

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [ ] Judgment creditor  [✓] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name)*:    PETER VOUTSAS    to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [ ] the judgment debtor.
   b. [✓] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 7-3-10

Ramona Featherby                                    [signature]
(TYPE OR PRINT NAME)                                (SIGNATURE OF DECLARANT)

CV-4P (12/03)
(AT-138, EJ-125 [Rev. July 1, 2000])

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION
(Attachment—Enforcement of Judgment)**

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120
Page one

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR**  The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

MONIES OWED TO THE JUDGMENT DEBTOR OR PROPERTY IN WHICH THE JUDGMENT DEBTOR HOLDS AN INTEREST IN AN AMOUNT UP TO THE TOTAL OF THE JUDGMENT, PURSUANT TO MONEYS PAID BY THE DEBTOR TO YOU, INCLUDING WITHOUT LIMITATION, WIRE TRANSFERS TO YOU ON MARCH 14, 2008 AND APRIL 8, 2008

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

AT-138, EJ-125 [Rev. July 1, 2000]     **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION** (Attachment—Enforcement of Judgment)     Page two

Ramona Featherby d.b.a.
California Judicial Recovery Specialists
3344 McGraw Street
San Diego, CA  92117-6053
800-354-9496 • FAX 866-531-7174
californiajrs@mac.com

ASSIGNEE OF RECORD/JUDGMENT CREDITOR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA FLEA MARKET, LLC<br>a Florida limited liability company<br>    Plaintiff,<br><br>vs.<br><br>EVMC REAL ESTATE<br>CONSULTANTS, INC.<br><br>    Defendant. | Case No. CV-10-917 ABC (MANx)<br><br>**AFFIDAVIT OF<br>RAMONA FEATHERBY<br>IN SUPPORT OF<br>EXAMINATION OF<br>THIRD PARTY** |

I, the undersigned, declare:

1. I am the Judgment Creditor.  I have personal knowledge of the facts set forth in this declaration, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

1

2. The Judgment remains unsatisfied with an outstanding balance of $332,281.78.

3. On May 12, 2010 Larry Esacove appeared for EVMC Real Estate Consultants, Inc. ["Debtor"] in an examination proceeding.

4. During this hearing I asked the Debtor about an individual named Peter Voutsas ["Voutsas"].

5. The Debtor indicated Voutsas was a friend and business associate.

6. Pursuant to third party subpoena served upon Citibank, I received a copy of a check the Debtor had written to Voutsas on July 25, 2008 in the amount of $15,000 [Exhibit 1]. During the examination proceeding I presented the check and inquired as to the reason for the payment. The Debtor indicated that he could not recall, even though a memo on the check indicated it was for 'jewelry'.

7. I asked additional questions about Voutsas, the nature of the business relationship and the type of business activity that had taken place in the past. The Debtor indicated that he could not recall anything.

8. On or about June 4, 2010, in response to a subpoena for documents served upon third party Tisdale and Nicholson, L.P., I received documents concerning wire transactions. These documents indicated that the Debtor had transferred a total of $866,923.00 to Voutsas in March/April of 2008. Attached as Exhibit 2 is a true and correct copy of these wire transfers.

9. Under examination, the Debtor could not remember details concerning transactions with Voutsas. Similarly, the Debtor failed to produce documents regarding any of the moneys paid to Voutsas.

10. In a quest to search for assets, judgment creditor requests to examine third party Voutsas regarding the funds transferred to him, the nature and extent of the payments, and if he is holding any funds or assets in which the Debtor holds an interest.

AFFIDAVIT OF RAMONA FEATHERBY IN SUPPORT OF
EXAMINATION OF THIRD PARTY

11. F.R. 69(a)(2) allows a judgment creditor to obtain discovery from any person as provided by the procedure of the state where the court is located. California Code of Civil Procedure §708.130 provides that witnesses may be required to appear in an examination proceeding. CCP §708.120(a) provides that upon information and belief that a third party is holding funds in excess of $250.00 in which the judgment debtor holds an interest, a judgment creditor may apply to the court for an order for examination.

12. I wish to examine Peter Voutsas both as a person holding funds for the Debtor as provided by CCP §708.120(a) and as a witness to obtain discovery under F.R. 69(a)(2) and CCP §708.130.

I declare under penalty of perjury under the United States of America that the foregoing is true and correct and that this Affidavit was executed on July 2, 2010 at San Diego, California.

*[signature]*

Ramona Featherby
d.b.a. CALIFORNIA JUDICIAL RECOVERY SPECIALISTS
Judgment Creditor

# Exhibit 1

07/29/2008

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

07/28/2008

EVMC REAL ESTATE CONSULTANTS, INC.
5850 CANOGA AVE, SUITE 400
WOODLAND HILLS, CA 91367

1095

DATE July 25, 2008

PAY TO THE ORDER OF  PETER VOUTSAS    $ 15,000.00

FIFTEEN THOUSAND    00/100 DOLLARS

citibank

FOR JURY

07/29/2008

B23342202    M82141211-14
              NYCB
              07/28/2008

0420990220 072920
Cyc=    Bulk=
LA PROCESSED 002

07292008
122990166  969
ENT=1313 TRC=1313 PK=65

0521557695

↓Do not endorse or write below this line.↓

Plf/Defts: M   Date: 5-12-10
Witness: Bacove
Linda M. Stanton, CSR No. 7769

# Exhibit 2



**CITY NATIONAL BANK**
The way up.

DATE: MARCH 14, 2008

TISDALE & NICHOLSON
CLIENT TRUST ACCOUNT
2029 CENTURY PARK E 900
LOS ANGELES CA 90067

Page 1
Direct Inquiries to:
1-800-773-7100
Option 4

Funds Transfer Department
PO Box 54830
Los Angeles, CA 90054-0830

**PROCESSING TIPS**

Please take care when initiating your outgoing wire transfer payment orders. The beneficiary bank may pay your order by account number only and may not notice if the beneficiary name on your order and the name on the account being credited are not the same.

**ACCOUNT SUMMARY**

| | | |
|---|---|---|
| Account Number | | |
| Total Debits | | Total Credits $0.00 |
| Total # of Debits 2 | | Total # of Credits 0 |

**DEBITS**

| Reference # | Description | Amount |
|---|---|---|
| 20080314-00002436 | TO: NEW YORK COMMERCIAL BANK ISLANDIA, NY<br>ABA: 021412114<br>BENEFICIARY BANK: ATLANTIC BANK OF NEW YORK NEW YORK, NY.<br>BENEFICIARY ACCOUNT: ▮<br>BENEFICIARY: PETERS VOUTSAS 36181 EAST LAKE ROAD 3 S PALM HARBOR FL USA<br>FRB REFERENCE: 0314L2LFCK1C001654 | $598,385.00 |

Member FDIC



DATE: APRIL 08, 2008

TISDALE & NICHOLSON
CLIENT TRUST ACCOUNT
2029 CENTURY PARK E 900
LOS ANGELES CA 90067

Page 1
Direct Inquiries to:
1-800-773-7100
Option 4

Funds Transfer Department
PO Box 54830
Los Angeles, CA 90054-0830

## PROCESSING TIPS

**Important:** Due to new India banking regulations, wires sent to India must include the purpose of the payment. Please include in your outgoing wire "Other Beneficiary Information" instructions. Wires sent without the information may be returned or held pending receipt of the information.

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Account Number | | | |
| Total Debits | | Total Credits | $0.00 |
| Total # of Debits | 1 | Total # of Credits | 0 |

## DEBITS

| Reference # | Description | | Amount |
|---|---|---|---|
| 20080408-00003208 | TO: NEW YORK COMMERCIAL BANK ISLANDIA, NY<br>ABA: 021412114<br>BENEFICIARY ACCOUNT: ▇▇▇▇▇▇▇▇<br>BENEFICIARY: PETER VOUTSAS 36181 EAST LAKE RD 345 PALM HARBOR FL<br>FRB REFERENCE: 0408L2LFCK1C001167 | | $268,538.00 |

Member FDIC