| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ramona Featherby dba California Judicial Recovery Specialists<br><br>3344 McGraw Street, San Diego, California 92117<br><br>TELEPHONE NO.: 800-354-9496   FAX NO.: 866-531-7174<br>ATTORNEY FOR (Name): Assignee of Record/pro se | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>SEP 21 2010<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
| NAME OF COURT: UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF: USA Flea Market, LLC<br><br>DEFENDANT: EVMC Real Estate Consultants, Inc. | |
| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION<br>[✓] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[ ] Judgment Debtor   [✓] Third Person | CASE NUMBER:<br><br>CV 10-917 ABC (MANx) |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): Jeffrey Tisdale, Tisdale & Nicholson, LLP
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [✓] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: 11/16/10   Time: 10:00 am   Dept. or Div.: ___   Rm.: 580, 5th Floor
Address of court [ ] shown above [✓] is: 255 E. Temple St., Los Angeles, CA 90012

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 9/21/10

_Margaret A. Nagle_
JUDGE OR MAGISTRATE JUDGE

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [ ] Judgment creditor   [✓] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Jeffrey Tisdale, Tisdale & Nicholson, LLP to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [ ] the judgment debtor.
   b. [✓] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 9-10-2010

RAMONA FEATHERBY   ▶ _[signature]_
(TYPE OR PRINT NAME)   (SIGNATURE OF DECLARANT)

CV-4P (12/03)
(AT-138, EJ-125 [Rev. July 1, 2000])

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120
Page one

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON
### (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR**  The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

Ramona Featherby d.b.a.
California Judicial Recovery Specialists
3344 McGraw Street
San Diego, CA  92117-6053
800-354-9496 • FAX 866-531-7174

ASSIGNEE OF RECORD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

USA FLEA MARKET, LLC )
a Florida limited liability company )
 )
 )
            Plaintiff, )   Case No. CV-10-917 ABC (MANx)
     vs. )
 )   **AFFIDAVIT OF**
 )   **RAMONA FEATHERBY**
EVMC REAL ESTATE )   **IN SUPPORT OF**
CONSULTANTS, INC. )   **EXAMINATION OF**
 )   **THIRD PARTY**
            Defendant. )
 )
 )
 )

I, the undersigned, declare:

1. I am the Assignee of Record. I have personal knowledge of the facts set forth in this declaration, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

1

2. The Judgment against EVMC Real Estate Consultants, Inc. ["Debtor"] remains unsatisfied with an outstanding balance exceeding $332,281.00.

3. Based upon documents I received from third parties by way of subpoena, it appears that from 2006 to 2009 Debtor collected in excess of ten million dollars from various clients. All of the Debtor's client funds were paid to the firm of Tisdale and Nicholson, L.L.P.

4. On June 8, 2010, pursuant to an order for examination of third party Tisdale and Nicholson, L.L.P., ["T & N"] I examined Guy Nicholson, ["Nicholson"] a partner in T & N. It became apparent to me after interviewing Nicholson, that T & N failed to send the person most knowledgeable.

5. I wish to examine third party Jeffrey Tisdale, ["Tisdale"]. Tisdale is the managing partner at T & N and is the person most knowledgeable. Nicholson was unable to answer questions about various business transactions, including a $900,000 wire transfer from T & N to a third party in Florida for the benefit of the Debtor. Nicholson testified that "Jeff would be more knowledgeable than me about the literal substance of those – they were pretty complicated transactions – than I would be." According to Nicholson, Tisdale was the person primarily responsible for EVMC's account.

6. The undersigned wishes to examine third party Tisdale in reference to wire transfers and other funds sent to, or held for the benefit of the Judgment Debtor, as well as to investigate the business and assets of EVMC.

7. F.R. 69(a)(2) allows a judgment creditor to obtain discovery from any person as provided by the procedure of the state where the court is located. CCP §708.130 provides that witnesses may be required to appear in an examination proceeding.

AFFIDAVIT OF RAMONA FEATHERBY IN SUPPORT OF
EXAMINATION OF THIRD PARTY

I declare under penalty of perjury under the United States of America that the foregoing is true and correct and that this Affidavit was executed on September 10, 2010 at San Diego, California.

_____

Ramona Featherby
d.b.a. CALIFORNIA JUDICIAL RECOVERY SPECIALISTS
Judgment Creditor

AFFIDAVIT OF RAMONA FEATHERBY IN SUPPORT OF
EXAMINATION OF THIRD PARTY